UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY ALLEN | CIVIL ACTION |
| VERSUS | NO. 25-0102 |
| DET. JACK WILSON, ET AL. | SECTION M (2) |

### ORDER

After considering the complaint, the record, the applicable law, and the magistrate judge's Report and Recommendation ("R&R"),[1] and upon finding that, as of this date, plaintiff has not filed objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion. Accordingly,

IT IS ORDERED that plaintiff Gary Allen's 42 U.S.C. § 1983 claims against defendant NOPD Administration be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that plaintiff Gary Allen's 42 U.S.C. § 1983 claims against defendants NOPD Administration, Detective Jack Wilson, Officer Bryan Rojas, and Amy Gisleson be DISMISSED as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

New Orleans, Louisiana, this 31st day of July, 2025.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 10.